1   TINA WOLFSON, SBN 174806
2   ROBERT AHDOOT, SBN 172098
    THEODORE MAYA, SBN 223242
3   BRADLEY KING, SBN 274399
    AHDOOT & WOLFSON, P.C.
4   10850 Wilshire Boulevard, Suite 370
    Los Angeles, California 90024
5   Telephone: (310) 474-9111
    Facsimile:  (310) 474-8585
6
    Attorneys for Plaintiff,
7   NATALIE PAPPAS

FILED

2011 OCT -5 PM 12: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY FAX

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10
    NATALIE PAPPAS, an individual, on her       CASE NO. CV11- 8276 mmm (JEMx)
11  own behalf, on behalf of the general public,
    and on behalf of all others similarly        CLASS ACTION
12  situated,
                                                 CLASS ACTION COMPLAINT FOR:
13               Plaintiff,
                                                 1.  Violation of the California Unfair
14      vs.                                          Competition Law, Business &
                                                     Professions Code §17200, et seq.
15  NAKED JUICE CO. OF GLENDORA,
    INC., a California Corporation; PEPSICO,     2.  Violation of the California False
16  INC., a New York Corporation; and DOES          Advertising Law, Business &
    1-10, inclusive,                                 Professions Code §17500, et seq.
17
                 Defendants.                     3.  Breach of Express Warranty
18
19                                               4.  Unjust Enrichment
20
21                                                   DEMAND FOR JURY TRIAL
22
23
24
25
26
27
28

    CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, BREACH OF
                    EXPRESS WARRANTY AND UNJUST ENRICHMENT

Plaintiff, NATALIE PAPPAS, ("Plaintiff") brings this action against Defendants NAKED JUICE CO. OF GLENDORA, INC. ("NAKED JUICE"), PEPSICO, INC. ("PEPSICO"), and DOES 1 through 10 (collectively, "Defendants") on behalf of herself, all others similarly situated, and the general public, and makes the following allegations upon information and belief, except as to her own actions, the investigation of her counsel, and the facts that are a matter of public record:

## PRELIMINARY STATEMENT

1.      Plaintiff files this class action on behalf of herself and all others similarly situated who, from October 5, 2007 to present, purchased NAKED JUICE products labeled as (1) "All Natural" even though some of these products contain one or more synthetic ingredients, including Ascorbic Acid and Lecithin, and (2) "100% Juice" even though some of these products contain non-juice ingredients.  With respect to the "All Natural" labeling, Ascorbic Acid and Lecithin are recognized as synthetic ingredients by federal regulations.  *See* 7 C.F.R. §205.605(b).  Defendants also failed to include a qualifying statement with the "100% Juice" claim on the non-ingredient panel of products also containing non-juice ingredients as required by 21 C.F.R. §101.30.

2.      Studies show that a significant percentage of United States consumers prefer products that are all natural or 100% natural and are willing to pay premium pricing for products that contain "All Natural" ingredients.  *See, e.g.* http://www.foodproductdesign.com/news/2011/06/consumers-want-natural-organic-

2

and-u-s-products.aspx# (last visited October 4, 2011).

3.    From October 5, 2007 to present, Defendants have advertised that most of their products are "All Natural" and "100% Juice" on the labeling. Such advertising served to promote sales of its products by representing that they were healthy, wholesome, and natural. However, 11 of the 24 "juice" beverages sold by NAKED JUICE are labeled "All Natural" and/or "100% Juice" despite the presence of synthetic and/or non-juice ingredients. A reasonably prudent consumer would not anticipate that a product advertised as "All Natural" actually contained synthetic ingredients. Likewise, a reasonably prudent consumer would not expect a product advertised as "100% Juice" to contain non-juice ingredients. Defendants unlawfully advertised and sold these products to thousands of customers in California and throughout the United States at premium pricing for a juice beverage, based on the purported "All Natural" and "100% Juice" contents of these beverages.

## PARTIES

4.    Plaintiff NATALIE PAPPAS is an individual who resides in Los Angeles, California. Plaintiff has purchased nearly all of the NAKED JUICE products sold in retail stores, including but not limited to the eleven NAKED JUICE products that are the subject of this Complaint, in reliance on the labeling representing them as "All Natural" and "100% Juice."

5.    Defendant NAKED JUICE is a corporation incorporated in the State of California and is headquartered in Monrovia, California. NAKED JUICE is registered

3

to do business in the State of California, and does business in the State of California. NAKED JUICE profits from wholesale distribution of its products, which are sold in California and throughout the United States in supermarkets, convenience stores, health food stores, and other retail outlets.

6.      Defendant PEPSICO is a corporation incorporated in the State of New York and is headquartered in Purchase, New York. PEPSICO is registered to do business in the State of California, and does business in the State of California.  In or around November 2006, PEPSICO announced that it was purchasing NAKED JUICE; at that time, NAKED JUICE had over $150 million in annual sales. As of January 5, 2007, NAKED JUICE has operated as a wholly owned subsidiary of PEPSICO.

7.      The true names and capacities, whether individual, corporate, associate or otherwise, of each of the defendants designated as a DOE are unknown to Plaintiff at this time and therefore Plaintiff sues these defendants by such fictitious names. Plaintiff will ask leave of the Court to amend this Complaint to show the true names and capacities of the DOE defendants when that information has been ascertained. Plaintiff is informed and believe and thereon allege that each of the defendants designated herein as a DOE is legally responsible in some manner and liable for the events and happenings herein alleged and, in such manner, proximately caused harm to Plaintiff as herein further alleged.

## JURISDICTION AND VENUE

8.      This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2).

4

In the aggregate, Plaintiff's claims and the claims of the other members of the Class exceed $5,000,000 exclusive of interest and costs, and there are numerous class members who are citizens of states other than NAKED JUICE's state of citizenship, which is California.

9.     This Court has personal jurisdiction over Defendants because NAKED JUICE has its headquarters and principal place of business, and Defendants are authorized to do business, in the State of California.

10.    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because NAKED JUICE resides in this District, many of the acts and transactions giving rise to this action occurred in this District and because NAKED JUICE is subject to personal jurisdiction in this District.

## SUBSTANTIVE ALLEGATIONS

### I.     LEGAL BACKGROUND

#### A.     "All Natural" Labeling

11.    The Food and Drug Administration ("FDA") has established guidelines that define the appropriate boundaries for using the term "natural"; according to the FDA, a product is not natural if it contains synthetic ingredients, including added color or artificial flavoring.  The exact definition provided by the FDA states: "'natural' [means] that nothing artificial or synthetic (including all color additives regardless of source) has been included in, or has been added to, a food that would not normally be expected to be in the food." 58 Fed. Reg. 2302, 2407 (Jan. 6, 1993).

5

12.    The term "synthetic" is also defined in a federal statute as "a substance that is formulated or manufactured by a chemical process or by a process that chemically changes a substance extracted from naturally occurring plant, animal, or mineral sources, except that such term shall not apply to substances created by naturally occurring biological processes." 7 U.S.C. §6502(21).

13.    Ascorbic Acid is typically produced through a series of chemical processes and purification steps: corn or wheat starch is converted to Glucose, the Glucose is converted to Sorbitol, and the Sorbitol is converted to Ascorbic Acid. As an artificial form of Vitamin C, Ascorbic Acid is commonly used in beverages as a preservative and an antioxidant. Federal statute recognizes Ascorbic Acid as a synthetic ingredient. *See* 7 C.F.R. §205.605(b).

14.    Soy Lecithin is a common name for bleached Lecithin, which is a byproduct of soybean oil manufacturing. Soy Lecithin is often added to beverages as an emulsifier. Federal statute recognizes bleached Lecithin as a synthetic ingredient. *See* 7 C.F.R. §205.605(b). Hydrogen Peroxide, another synthetic ingredient recognized under 7 C.F.R. §205.605(b), is also used in the manufacturing of bleached Lecithin.

**B.    "100% Juice" Labeling**

15.    Under federal statute, the following labeling is required for all fruit and vegetable beverages:

If the beverage contains fruit or vegetable juice, the percentage shall be

6

declared by the words "Contains ___ percent (or %) ___ juice" or "___ percent (or %) juice," or a similar phrase, with the first blank filled in with the percentage expressed as a whole number not greater than the actual percentage of the juice and the second blank (if used) filled in with the name of the particular fruit or vegetable (e.g., "Contains 50 percent apple juice" or "50 percent juice").

21 C.F.R. §101.30(b)(1).

16.    Federal statute also governs the food labeling requirements for "100% Juice" claims:

> If the beverage contains 100 percent juice and also contains non-juice ingredients that do not result in a diminution of the juice soluble solids or, in the case of expressed juice, in a change in the volume, when the 100 percent juice declaration appears on a panel of the label that does not also bear the ingredient statement, it must be accompanied by the phrase "with added ___," the blank filled in with a term such as "ingredient(s)," "preservative," or "sweetener," as appropriate (e.g., "100% juice with added sweetener"), except that when the presence of the non-juice ingredient(s) is declared as a part of the statement of identity of the product, this phrase need not accompany the 100 percent juice declaration.

21 C.F.R. §101.30(b)(3).

## II.    DEFENDANTS' MARKETING CAMPAIGN

17.    Defendants currently design, manufacture, market, distribute, and sell twenty-four (24) NAKED JUICE "juice" products with the following names: "mango veggie," "reduced calorie citrus lemongrass," "reduced calorie lychee," "acai machine," "berry blast," "berry veggie," "blue machine," "gold machine," "green machine," "mighty mango," "o-j," "orange carrot," "orange mango," "pomegranate acai," "pomegranate blueberry," "power-c machine," "protein zone," "protein zone

7

double berry," "protein zone mango," "red machine," "reduced calorie peach guava,"
"reduced calorie tropical," "strawberry banana," and "tropical mango probiotic."

18.    With the exception of the "tropical mango probiotic," all of these juice
beverages are prominently labeled on the front of the bottle (directly under the
"Naked" brand logo) with the claim that they are either "All Natural," "All Natural
Fruit," or "All Natural Fruit + Boosts."

19.    With the exception of "protein zone," "protein zone double berry," and
"protein zone mango," all of these juice beverages are prominently labeled on the
front of the bottle (directly under the "All Natural" label and the "Naked" brand logo)
with the claim that they are either "100% Juice," "100% Juice Smoothie," "100%
Orange Juice" (on the "o-j" product label), "100% Fruit & Veg. Juice Smoothie,"
"Boosted 100% Juice Smoothie," or "Reduced Calorie 100% Juice Smoothie."

20.    On NAKED JUICE's website, Defendants provide pictures of the
labeling of each of the 24 juice products, with the following advertisement
prominently displayed in large, blue print at the top of the page, above these images:

WE ONLY ADD THE BEST, ALL-NATURAL INGREDIENTS
TO OUR JUICE. OH, AND A LABEL.

See www.nakedjuice.com/our-products/juice (last visited on October 3, 2011).

21.    Of the 24 NAKED JUICE "juice" products, eleven (11) present false,
deceptive, and misleading advertisements on the labeling of their bottles and the
advertisements made on the NAKED JUICE website.  There are two categories of

8

false, deceptive, and misleading advertising: (1) products labeled as "All Natural" but containing synthetic ingredients; and/or (2) products labeled on the front panel as "100% Juice" but containing non-juice ingredients.  The 11 products falling into one or more of the foregoing categories are: "mango veggie," "acai machine," "berry veggie," "blue machine," "gold machine," "pomegranate acai," "power-c machine," "protein zone," "protein zone double berry," "protein zone mango," and "tropical mango probiotic" (hereinafter, "the Falsely Labeled Beverages").

////

////

////

////

////

////

////

////

////

////

////

////

////

9

**A.    Defendants' Products That Are Not "All Natural"**

22.    The labeling on the front panel of Defendants' "pomegranate acai" beverage prominently indicates that the beverage is "ALL NATURAL" directly below the "Naked" brand logo:



10

1   Despite this label, the ingredient list on the side panel labeling indicates that this

2   beverage contains Soy Lecithin, a non-natural, synthetic ingredient:

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

23.     The labeling on the front panel of Defendants' "acai machine" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:



CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT

Despite this label, the ingredient list on the side panel labeling indicates that this beverage contains Ascorbic Acid and Soy Lecithin, both non-natural, synthetic ingredients:

## 100% juice

**Nutrition Facts**
Serving Size 8 fl oz (240mL)
Servings Per Container About 2

Amount Per Serving

Calories 160  Calories from Fat 25

|  | % Daily Value* |
| --- | --- |
| **Total Fat** 3g | 4% |
| Saturated Fat 0.5g | 3% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 15mg | 1% |
| **Potassium** 430mg | 12% |
| **Total Carbohydrate** 31g | 10% |
| Dietary Fiber 3g | 12% |
| Sugars 24g | |
| **Protein** 2g | |

| Vitamin A 100% | • | Vitamin C 100% |
| --- | --- | --- |
| Calcium 4% | • | Iron 4% |
| Vitamin E 300% | • | Pantothenic Acid 25% |

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.

**shake well!**
separation is natural
INGREDIENTS: APPLE JUICE, BANANA PUREE, PLUM PUREE, ACAI PUREE (WATER, ACAI PULP), CONCORD GRAPE JUICE FROM CONCENTRATE (WATER, CONCORD GRAPE JUICE CONCENTRATE), NATURAL FLAVORS, ELDERBERRY EXTRACT, BEET POWDER, VITAMIN E (AS ACETATE), BLACK CURRANT POWDER, ASCORBIC ACID (VITAMIN C), BETA CAROTENE (VITAMIN A), GRAPE SEED EXTRACT, SOY LECITHIN, CHOLINE BITARTARATE, D-CALCIUM PANTOTHENATE (VITAMIN B5).

DIST BY: NAKED JUICE CO.
MONROVIA, CA 91016
©2010 NAKED JUICE CO.

THIS PRODUCT HAS BEEN GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL (877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

3100197 2506   0 82592 73215 6

13

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1
2
3
4

24.    The labeling on the front panel of Defendants' "berry veggie" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



14

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains Ascorbic Acid, a non-natural, synthetic ingredient:

**100% juice**

**shake well!**
separation is natural

INGREDIENTS: SWEET CHERRY PUREE, PURPLE CARROT JUICE FROM CONCENTRATE (WATER, PURPLE CARROT JUICE CONCENTRATE), RED BEET JUICE FROM CONCENTRATE (WATER, RED BEET JUICE CONCENTRATE), SWEET POTATO PUREE, STRAWBERRY PUREE, PLUM PUREE, SWEET CORN PUREE, APPLE PUREE, CHICKPEA PUREE, LEMON JUICE, INULIN, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C), D-ALPHA TOCOPHERYL ACETATE (VITAMIN E), NIACINAMIDE, D-CALCIUM PANTOTHENATE (VITAMIN B5), BETA CAROTENE (VITAMIN A), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), CYANOCOBALAMIN (VITAMIN B12).

DIST BY: NAKED JUICE CO. MONROVIA, CA 91016 ©2010 NAKED JUICE CO.

GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL (877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

**Nutrition Facts**

Serving Size 8 fl oz (240mL)
Servings Per Container About 2

Amount Per Serving

Calories 130   Calories from Fat 5

% Daily Value*

| | |
|---|---|
| Total Fat 0.5g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 70mg | 3% |
| Potassium 560mg | 16% |
| Total Carbohydrate 37g | 12% |
| Dietary Fiber 5g | 20% |
| Sugars 18g | |
| Protein 5g | |

| | | |
|---|---|---|
| Vitamin A 25% | • | Vitamin C 210% |
| Calcium 4% | • | Iron 6% |
| Vitamin E 25% | • | Vitamin B3 50% |
| Vitamin B6 45% | • | Vitamin B12 25% |
| Vitamin B5 70% | | |

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.

15

25.   The labeling on the front panel of Defendants' "blue machine" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains Ascorbic Acid, a non-natural, synthetic ingredient:

**100% juice**

**Nutrition Facts**
Serving Size 8 fl oz (240mL)
Servings Per Container About 2

| Amount Per Serving | | |
|---|---|---|
| Calories 170 | Calories from Fat 0 | |
| | | % Daily Value* |
| Total Fat 0g | | 0% |
| Saturated Fat 0g | | 0% |
| Trans Fat 0g | | |
| Cholesterol 0mg | | 0% |
| Sodium 10mg | | 0% |
| Potassium 370mg | | 11% |
| Total Carbohydrate 40g | | 13% |
| Dietary Fiber 7g | | 29% |
| Sugars 29g | | |
| Protein 1g | | |

| Vitamin A 0% | • | Vitamin C 100% |
|---|---|---|
| Calcium 0% | • | Iron 2% |
| Vitamin E 100% | • | Vitamin B3 100% |
| Vitamin B6 100% | • | Vitamin B12 100% |
| Vitamin B5 100% | | |

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit.
Not a low calorie food.

**shake well!**
separation is natural

INGREDIENTS: APPLE JUICE, BANANA PUREE, BLUEBERRY PUREE, FIBERSOL-2 FIBER (MALTODEXTRIN), BLACKBERRY PUREE, NATURAL FLAVORS, FRUIT AND VEGETABLE JUICE FOR COLOR, ASCORBIC ACID (VITAMIN C), VITAMIN E (AS ACETATE), NIACINAMIDE, D-CALCIUM PANTOTHENATE (VITAMIN B5), PYRIDOXINE HYDROCHLORIDE (VITAMIN B6), CYANOCOBALAMIN (VITAMIN B12).

DIST BY: NAKED JUICE CO.
MONROVIA, CA 91016
©2010 NAKED JUICE CO.
THIS PRODUCT HAS BEEN
GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL
(877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

310019724406   2 8259272715 0

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1
2
3
4

26. The labeling on the front panel of Defendants' "gold machine" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



18

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains Ascorbic Acid, a non-natural, synthetic ingredient:

19

27.     The labeling on the front panel of Defendants' "mango veggie" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains Ascorbic Acid, a non-natural, synthetic ingredient:

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

28.   The labeling on the front panel of Defendants' "power-c machine" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:



22

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains Ascorbic Acid, a non-natural, synthetic ingredient:

**100% juice**

**shake well!**
separation is natural

INGREDIENTS: APPLE JUICE, MANGO PUREE, ORANGE JUICE, GUAVA PUREE, PEACH PUREE, STRAWBERRY PUREE, ASCORBIC ACID (VITAMIN C), NATURAL FLAVORS, ACEROLA JUICE POWDER, CITRUS BIOFLAVONOIDS, ROSEHIPS POWDER, ZINC OXIDE.

**Nutrition Facts**
Serving Size 8 fl oz (240mL)
Servings Per Container About 2

Amount Per Serving

Calories 120    Calories from Fat 0

% Daily Value*

| | % Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| Potassium 360mg | 10% |
| Total Carbohydrate 29g | 10% |
| Dietary Fiber 0g | 0% |
| Sugars 23g | |
| Protein 1g | |

Vitamin A 6% • Vitamin C 1000%

Calcium 2% • Iron 2%

Zinc 10%

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.

DIST BY: NAKED JUICE CO. MONROVIA, CA 91016
©2010 NAKED JUICE CO.

THIS PRODUCT HAS BEEN GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL (877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

31001972706

0 82592 91715 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

29.    The labeling on the front panel of Defendants' "protein zone" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains Soy Lecithin and Ascorbic Acid, both non-natural, synthetic

ingredients:

CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE
ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT

30.     The labeling on the front panel of Defendants' "protein zone double

berry" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT

+ BOOSTS" directly below the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this beverage contains Soy Lecithin and Ascorbic Acid, both non-natural, synthetic ingredients:

all natural fruit + boosts
**93% JUICE**

**Nutrition Facts**
Serving Size 8 fl oz (240mL)
Servings Per Container About 2

Amount Per Serving

Calories 220   Calories from Fat 20

% Daily Value*

| | |
|---|---|
| **Total Fat** 2g | 3% |
| Saturated Fat 0.5g | 3% |
| Trans Fat 0g | |
| **Cholesterol** 10mg | 4% |
| **Sodium** 130mg | 5% |
| **Potassium** 450mg | 13% |
| **Total Carbohydrate** 35g | 12% |
| Dietary Fiber 0g | 0% |
| Sugars 29g | |
| **Protein** 16g | 32% |
| Vitamin A 0%  •  Vitamin C 100% | |
| Calcium 4%  •  Iron 8% | |

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.

**shake well!**
separation is natural

INGREDIENTS: APPLE JUICE, BANANA PUREE, STRAWBERRY PUREE, SOY PROTEIN ISOLATE, WHEY PROTEIN CONCENTRATE, BLUEBERRY PUREE, SOY LECITHIN, FRUIT AND VEGETABLE JUICE FOR COLOR, NATURAL FLAVORS, ASCORBIC ACID (VITAMIN C).
CONTAINS MILK AND SOY INGREDIENTS

DIST BY: NAKED JUICE CO.
MONROVIA, CA 91016
©2010 NAKED JUICE CO.
THIS PRODUCT HAS BEEN GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL (877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

3100 1995306   4 5 9 3 1 3 6 2 9 5 2 8 0

27

31.    The labeling on the front panel of Defendants' "protein zone mango" beverage prominently indicates that the beverage is "ALL NATURAL FRUIT + BOOSTS" directly below the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this beverage contains Soy Lecithin and Ascorbic Acid, both non-natural, synthetic ingredients:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**B.    Defendants' Products That Are Not "100% Juice"**

32.    The labeling on the front panel of Defendants' "pomegranate açaí"

beverage prominently indicates that the beverage is "100% JUICE" directly below the

"ALL NATURAL" statement and the "Naked" brand logo:



30

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains non-juice ingredients, including Natural Flavors and Soy Lecithin:

**shake well!**
separation is natural

**Nutrition Facts**
Serving Size 8 fl oz (240mL)
Servings Per Container About 2

Amount Per Serving

Calories 160   Calories from Fat 10

|  | % Daily Value* |
|---|---|
| Total Fat 1g | 1% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 30mg | 1% |
| Potassium 410mg | 12% |
| Total Carbohydrate 36g | 12% |
| Dietary Fiber 0g | 0% |
| Sugars 31g | |
| Protein 1g | |

Vitamin A 2%  •  Vitamin C 0%
Calcium 2%   •   Iron 2%

*Percent Daily Values are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.

INGREDIENTS: POMEGRANATE JUICE FROM CONCENTRATE (WATER, POMEGRANATE JUICE CONCENTRATE), APPLE JUICE, RED GRAPE JUICE FROM CONCENTRATE (WATER, RED GRAPE JUICE CONCENTRATE), WHITE GRAPE JUICE FROM CONCENTRATE (WATER, WHITE GRAPE JUICE CONCENTRATE), BANANA PUREE, AÇAÍ PUREE (WATER, AÇAÍ PULP), NATURAL FLAVORS, SOY LECITHIN.

DIST BY: NAKED JUICE CO. MONROVIA, CA 91016. ©2010 NAKED JUICE CO.
GENTLY PASTEURIZED
QUESTIONS OR COMMENTS CALL (877) 858-4237

HI, ME 5¢ DEP
CA CASH REFUND

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

33.    The labeling on the front panel of Defendants' "tropical mango probiotic" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1
2
3
4

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains non-juice ingredients, including Fructooligosaccharides, Natural

Flavors, and Bifidobacterium:

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## 100% juice   shake well!
### separation is natural

**Nutrition Facts** Serv Size: 10 fl oz (296 mL), Servings: 1,
Amount Per Serving: Calories 180, Fat Cal 0, Total Fat 0g (0% DV),
Sat Fat 0g (0% DV), Trans Fat 0g, Cholest 0mg (0% DV), Sodium
5mg (0% DV), Potassium 430mg (12% DV), Total Carb 43g (14%
DV), Fiber 2g (8% DV), Sugars 38g, Protein 2g, Vitamin A (60%
DV), Vitamin C (100% DV), Calcium (2% DV), Iron (4% DV),
Percent Daily Values (DV) are based on a 2,000 calorie diet.

All sugars are found naturally in the fruit. Not a low calorie food.
INGREDIENTS: APPLE JUICE, MANGO PUREE, ORANGE JUICE, PINEAPPLE
JUICE, BANANA PUREE, FRUCTOOLIGOSACCHARIDES, NATURAL FLAVORS,
BIFIDOBACTERIUM.

CONTAINS: MILK INGREDIENTS

DIST BY: NAKED JUICE CO.
MONROVIA, CA 91016
©2010 NAKED JUICE CO.
THIS PRODUCT HAS BEEN GENTLY
PASTEURIZED QUESTIONS OR
COMMENTS CALL (877) 858-4237

PERISHABLE
KEEP REFRIGERATED

HI, ME 5¢ DEP
CA CASH REFUND





PLEASE
RECYCLE

34.    The labeling on the front panel of Defendants' "berry veggie" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:



CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT

1  Despite this label, the ingredient list on the side panel labeling indicates that this

2  beverage contains non-juice ingredients, including Inulin, Natural Flavors, Ascorbic

3

4  Acid, D-Alpha Tocopheryl Acetate, Niacinamide, D-Calcium Pantothenate, Beta

5  Carotine, Pyridoxine Hydrochloride, and Cyanocobalamin:

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE
ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT

35. The labeling on the front panel of Defendants' "mango veggie" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this beverage contains non-juice ingredients, including Inulin, Natural Flavors, Ascorbic Acid, D-Alpha Tocopheryl Acetate, Niacinamide, D-Calcium Pantothenate, Beta Carotine, Pyridoxine Hydrochloride, and Cyanocobalamin:

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1
2
3
4

36.    The labeling on the front panel of Defendants' "acai machine" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1   Despite this label, the ingredient list on the side panel labeling indicates that this

2   beverage contains non-juice ingredients, including Acetate, Ascorbic Acid, Beta

3

4   Carotine, Soy Lecithin, Choline Bitartarate, and D-Calcium Pantothenate:

5

6   ## 100% juice

7   **Nutrition Facts**

8   Serving Size 8 fl oz (240mL)
    Servings Per Container About 2

9   ### shake well!
    separation is natural

10  Amount Per Serving

    INGREDIENTS: APPLE JUICE, BANANA PUREE, PLUM PUREE, ACAI PUREE (WATER, ACAI PULP), CONCORD GRAPE JUICE FROM CONCENTRATE (WATER, CONCORD GRAPE JUICE CONCENTRATE), NATURAL FLAVORS, ELDERBERRY EXTRACT, BEET POWDER, VITAMIN E (AS ACETATE), BLACK CURRANT POWDER, ASCORBIC ACID (VITAMIN C), BETA CAROTENE (VITAMIN A), GRAPE SEED EXTRACT, SOY LECITHIN, CHOLINE BITARTARATE, D-CALCIUM PANTOTHENATE (VITAMIN B5).

    Calories 160  Calories from Fat 25

    % Daily Value*

    | | |
    |---|---|
    | **Total Fat** 3g | **4%** |
    | Saturated Fat 0.5g | **3%** |
    | Trans Fat 0g | |
    | **Cholesterol** 0mg | **0%** |
    | **Sodium** 15mg | **1%** |
    | **Potassium** 430mg | **12%** |
    | **Total Carbohydrate** 31g | **10%** |
    | Dietary Fiber 3g | **12%** |
    | Sugars 24g | |
    | **Protein** 2g | |

    Vitamin A 100%  •  Vitamin C 100%
    Calcium 4%  •  Iron 4%
    Vitamin E 300%  •  Pantothenic Acid 25%

    *Percent Daily Values are based on a 2,000 calorie diet.

    All sugars are found naturally in the fruit. Not a low calorie food.

    DIST BY: NAKED JUICE CO.
    MONROVIA, CA 91016
    ©2010 NAKED JUICE CO.

    THIS PRODUCT HAS BEEN GENTLY PASTEURIZED
    QUESTIONS OR COMMENTS CALL (877) 858-4237

    HI, ME 5¢ DEP
    CA CASH REFUND

28

---

39

37.     The labeling on the front panel of Defendants' "blue machine" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:



40

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains non-juice ingredients, including Ascorbic Acid, Acetate,

Niacinamide, D-Calcium Pantothenate, Pyridoxine Hydrochloride, and

Cyanocobalamin:

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

1
2
3
4

38.   The labeling on the front panel of Defendants' "gold machine" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this beverage contains non-juice ingredients, including Natural Flavors, Ascorbic Acid, D-Alpha Tocopheryl Acetate, Beta Carotene, Zinc Methionine, Pyridoxine Hydrochloride, Biotin, and Cyanocobalamin:

43

39.   The labeling on the front panel of Defendants' "power-c machine" beverage prominently indicates that the beverage is "100% JUICE" directly below the "ALL NATURAL" statement and the "Naked" brand logo:



**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

Despite this label, the ingredient list on the side panel labeling indicates that this

beverage contains non-juice ingredients, including Ascorbic Acid, Natural Flavors,

Citrus Bioflavonoids, and Zinc Oxide:

40.     Plaintiff purchased NAKED JUICE products in reliance on these products being "All Natural" and "100% Juice" as labeled.

## CLASS DEFINITION AND ALLEGATIONS

41.     Plaintiff incorporates herein by reference each substantive former paragraph of this Complaint as if set forth fully herein.

42.     Plaintiff brings this class action on behalf of herself and a nationwide Class of all others similarly situated consisting of all persons in the United States who purchased at retail, from October 5, 2007, until the final disposition of this case (the "Class Period"), any of the following NAKED JUICE beverages: "mango veggie," "acai machine," "berry veggie," "blue machine," "gold machine," "pomegranate acai," "power-c machine," "protein zone," "protein zone double berry," "protein zone mango," and "tropical mango probiotic" (the "Class"). Excluded from the Class are Defendants; officers, directors, and employees of the Defendants; any entity in which Defendants have a controlling interest; the affiliates, legal representatives, attorneys, heirs, and assigns of the Defendants; any federal, state or local government entity; and any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.

43.     The members of the Class are so numerous that joinder of all members would be impracticable. Plaintiff reasonably estimates that there are hundreds of thousands, if not millions, of purchasers of the products at issue.

44.     This action involves questions of law or fact common to the member of

46

the Class that predominate over any questions affecting only individual members, including:

 a. Whether Defendants violated California Business & Professions Code Section 17200, *et seq*;

 b. Whether Defendants violated California Business & Professions Code Section 17500, *et seq.;*

 c. Whether Defendants' representations and conduct are likely to deceive consumers into believing that products sold by Defendants are "All Natural" and/or "100% Juice" when they are not;

 d. Whether Defendants initiated a deceptive marketing campaign;

 e. Whether, by their misconduct as set forth herein, Defendants have engaged in unfair or unlawful business practices;

 f. Whether, by its misconduct as set forth herein, Defendants have engaged in unfair, deceptive, untrue, or misleading advertising;

 g. Whether Defendants have been unjustly enriched;

 h. Whether Defendants have breached an express warranty;

 i. Whether the members of the Class have been injured by Defendants' conduct;

 j. Whether Plaintiff and the Class are entitled to relief, and the amount and nature of such relief; and

 k. Whether Plaintiff and Class members are entitled to declaratory and

injunctive relief.

45.     The claims of Plaintiff are typical of the claims of the members of the Class. Plaintiff has no interests antagonistic to those of the Class and Defendants have no defenses unique to Plaintiff.

46.     Plaintiff will fairly and adequately protect the interest of the Class and has retained attorneys experienced in class and complex litigation.

47.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy for the following reasons:

l.      It is economically impractical for members of the Class to prosecute individual actions;

m.      The Class is readily definable; and

n.      Prosecution as a class action will eliminate the possibility of repetitious litigation.

48.     A Class action will cause an orderly and expeditious administration of the claims of the Class. Economies of time, effort and expense will be fostered and uniformity of decisions will be ensured.

49.     Plaintiff does not anticipate any undue difficulty in the management of this litigation.

50.     Plaintiff and the Class expressly exclude any causes of action relating to personal injury or other bodily harm arising from Defendants' conduct.

////

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

## FIRST CAUSE OF ACTION

**(Violation of California Business & Professions Code §17200, *et seq.* by Plaintiff, Individually and on Behalf of the General Public)**

51.     Plaintiff incorporates herein by reference each substantive former paragraph of this Complaint as if set forth fully herein.

52.     Plaintiff brings this cause of action on behalf of herself and on behalf of the Class.

53.     Plaintiff has suffered injury in fact and lost money or property as a result of Defendants' conduct because she purchased the Falsely Labeled Beverages.

54.     Defendants have engaged in unfair, unlawful, and fraudulent business acts and practices as set forth above.

55.     By engaging in the above-described acts and practices, Defendants have committed one or more acts of unfair competition within the meaning of the Unfair Competition Law, Business and Professions Code §17200 *et seq.*, which prohibits any "unlawful," "fraudulent," or "unfair" business act or practice and any false or misleading advertising.

56.     Defendants engaged in "unfair" business acts or practices by disseminating a nationwide false and/or misleading marketing campaign as described above.  Defendants' false and/or misleading advertising harms consumers, and there is no corresponding benefit to consumers that outweighs

49

this harm.  Moreover, the injuries suffered by Plaintiff and Class members could not have been reasonably avoided by their own conduct.

57.    Defendants engaged in "fraudulent" business acts or practices by disseminating a nationwide false and/or misleading marketing campaign as described above.

58.    Defendants' acts and practices have deceived, and/or are likely to deceive, members of the consuming public.

59.    Defendants engaged in "unlawful" acts and practices because its actions as alleged herein violate, at a minimum, Civil Code §§ 1770(a)(5), 1770(a)(7), 1770(a)(9), and 1770(a)(16) and Business and Professions Code §17500 *et seq.*

60.    Plaintiff and Class members relied on Defendants' misrepresentations when purchasing one or more of the Falsely Labeled Beverages.

61.    Defendants' violations of §17200 continue to this day.  As a direct and proximate result of Defendants' violations, Plaintiff and members of the Class were injured in fact and lost money or property.  Plaintiff has suffered actual damages in that, *inter alia*, she paid money to purchase one or more of the Falsely Labeled Beverages, which she would not have done had Defendants not engaged in the false and misleading advertising campaign.

62.    Plaintiff, on behalf of herself and on behalf of each member of the Class, seeks restitution, injunctive relief, and other relief allowed under §17200, *et seq.*

CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT

## SECOND CAUSE OF ACTION

**(Violation of the Unfair Competition Law,
California Business & Professions Code § 17500 *et seq.*)**

63.     Plaintiff incorporates herein by reference each substantive former paragraph of this Complaint as if set forth fully herein.

64.     Plaintiff brings this cause of action on behalf of herself and on behalf of the Class.

65.     Defendants have advertised and marketed to the public and offered for sale the Falsely Labeled Beverages on a nationwide basis, including in California.

66.     Defendants have engaged in the advertising and marketing alleged herein with intent to directly and indirectly induce the purchase of the Falsely Labeled Beverages.

67.     Defendants' advertisements, marketing representations and non-disclosures are false and/or misleading, and likely to deceive the public and/or have deceived the public by falsely representing the characteristics of the Falsely Labeled Beverages, in that these products contain synthetic and/or non-juice ingredients despite being labeled "All Natural" and/or "100% Juice."

68.     In making and disseminating the statements alleged herein, Defendants knew or should have known that the statements were untrue or misleading, and acted in violation of the Business and Professions Code § 17500, *et seq.*

69.     Plaintiff and Class members relied on Defendants' misrepresentations.

70.     The misrepresentations by Defendants of the facts detailed above constitute false and misleading advertising and therefore constitute a violation of California Business & Professions Code §17500, *et seq.*

71.     Plaintiff and the Class members based their decisions to purchase one or more of the Falsely Labeled Beverages in substantial part on Defendants' misrepresentations of material facts.  Defendants have reaped millions of dollars of revenues through the sale of the Falsely Labeled Beverages as a result of the false and misleading advertisements.  Plaintiff and the Class were injured in fact and lost money or property as a result of Defendants' wrongful conduct.

72.     Plaintiff, on behalf of herself and the Class, seeks restitution, injunctive relief, and other relief allowable under §17500, *et seq.*

## THIRD CAUSE OF ACTION

### (Breach of Express Warranty)

73.     Plaintiff incorporates herein by reference each substantive former paragraph of this Complaint as if set forth fully herein.

74.     Plaintiff brings this claim individually and on behalf of the Class.

75.     Plaintiff, and each member of the Class, formed a contract with Defendants at the time Plaintiff and the other members of the Class purchased one or more of the Falsely Labeled Beverages.  The terms of that contract include the promises and affirmations of fact made by Defendants on the packaging of the Falsely Labeled Beverages and through their marketing campaign, as described above.  These

products' packaging and advertising constitute express warranties, became part of the basis of the bargain, and are part of a standardized contract between Plaintiff and the members of the Class on the one hand, and Defendants on the other.

76.     All conditions precedent to Defendants' liability under this contract have been performed by Plaintiff and the Class.

77.     Defendants breached the terms of this contract, including the express warranties, with Plaintiff and the Class by not providing the beverages that could provide the benefits described above (as all natural and 100% juice products).

78.     As a result of Defendants' breach of its contract, Plaintiff and the Class have been damaged in the amount of the purchase price of any and all of the Falsely Labeled Beverages they purchased.

## FOURTH CAUSE OF ACTION

### (Unjust Enrichment)

79.     Plaintiff incorporates herein by reference each substantive former paragraph of this Complaint as if set forth fully herein.

80.     Plaintiff brings this claim individually and on behalf of the Class.

81.     Defendants sold the Falsely Labeled Beverages based on false and misleading advertising, as stated more fully above.

82.     Defendants have been unjustly enriched by collecting the price of the Falsely Labeled Beverages, which consumers paid in reliance on Defendants' false and misleading advertising.

53

83.     Plaintiff, on behalf of herself and the Class, seeks restitution of the full price of any and all of the Falsely Labeled Beverages purchased by members of the Class.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself, all others similarly situated, and the general public, prays for judgment against Defendants as follows:

A.      An order certifying this case as a class action and appointing Plaintiff and her counsel to represent the Class;

B.      Individual restitution to Plaintiff and each member of the Class;

C.      An order requiring Defendants to immediately cease their wrongful conduct as set forth above;

D.      For reasonable attorneys' fees and the costs of this action;

E.      For statutory pre-judgment interest; and

F.      For such other relief as this Court may deem just and proper.

////

////

////

////

////

////

////

CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE
ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT

1

### DEMAND FOR JURY TRIAL

2

3       Plaintiff hereby demands a jury trial of their claims to the extent authorized by

4  law.

5

6  Dated:        October 5, 2011              AHDOOT & WOLFSON, P.C.

7

8

9                                     By:

10                                            Tina Wolfson, SBN 174806
                                              Robert Ahdoot, SBN 172098
11

12                                            Attorneys for Plaintiff,
                                              NATALIE PAPPAS
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE UNFAIR COMPETITION LAW, FALSE
ADVERTISING LAW, BREACH OF EXPRESS WARRANTY AND UNJUST ENRICHMENT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is John E. McDermott.

The case number on all documents filed with the Court should read as follows:

## CV11- 8276 MMM (JEMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

TINA WOLFSON, SBN 174806
ROBERT AHDOOT, SBN 172098
AHDOOT & WOLFSON, P.C.
10850 WILSHIRE BOULEVARD, SUITE 370
LOS ANGELES, CALIFORNIA 90024
TEL: (310) 474-9111; FAX: (310) 474-8585

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-8276mmm (JEMx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; and</u>
<u>PEPSICO, INC., a New York Corporation</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>AHDOOT & WOLFSON, P.C.</u>_____, whose address is <u>10850 WILSHIRE BOULEVARD, SUITE 370, LOS ANGELES, CA 90024</u>_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __OCT - 5 2011__

By: _____
       Deputy Clerk

_(Seal of the Court)_

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

TINA WOLFSON, SBN 174806
ROBERT AHDOOT, SBN 172098
AHDOOT & WOLFSON, P.C.
10850 WILSHIRE BOULEVARD, SUITE 370
LOS ANGELES, CALIFORNIA 90024
TEL: (310) 474-9111; FAX: (310) 474-8585

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br>v. | CASE NUMBER<br><br>**CV11-8276 MMM(JEMx)** |
| NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | **SUMMONS** |

TO:   DEFENDANT(S): <u>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; and PEPSICO, INC., a New York Corporation</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>AHDOOT & WOLFSON, P.C.</u>, whose address is <u>10850 WILSHIRE BOULEVARD, SUITE 370, LOS ANGELES, CA 90024</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __OCT - 5 2011__          By: _____
**SHEA BOURGEOIS**
Deputy Clerk
(Seal of the Court) **SEAL**

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                                          **SUMMONS**

TINA WOLFSON, SBN 174806
ROBERT AHDOOT, SBN 172098
AHDOOT & WOLFSON, P.C.
10850 WILSHIRE BOULEVARD, SUITE 370
LOS ANGELES, CALIFORNIA 90024
TEL: (310) 474-9111; FAX: (310) 474-8585

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S)<br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br><br>**CV11-8276** mmm (JEMx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; and</u>
   <u>PEPSICO, INC., a New York Corporation</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>AHDOOT & WOLFSON, P.C.</u>_____, whose address is <u>10850 WILSHIRE BOULEVARD, SUITE 370, LOS ANGELES, CA 90024</u>_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

**SHEA BOURGEOIS**

Dated: ___OCT − 5 2011___

By: _____
                Deputy Clerk

(Seal of the Court)

**SEAL**

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated | NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Robert Ahdoot, csb#172098 (rahdoot@ahdootwolfson.com)<br>AHDOOT & WOLFSON, PC, 10850 Wilshire Boulevard, Suite 370<br>Los Angeles, California 90024, (310) 474-9111 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☑ Yes   ☐ No        ☑ **MONEY DEMANDED IN COMPLAINT: $** Excess of $5,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of Cal. Bus. & Prof. Code S 17200 et seq.; Cal. Bus. & Prof. Code S 17500 et seq.; Breach of Express Warranty; Unjust Enrichment - False Advertising

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-8276

LAX QI

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | NEW YORK, USA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date October 5, 2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |