NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
TINA WOLFSON, SBN 174806
ROBERT AHDOOT, SBN 172098
AHDOOT & WOLFSON, P.C.
10850 WILSHIRE BOULEVARD, SUITE 370
LOS ANGELES, CALIFORNIA 90024
TEL: (310) 474-9111; FAX: (310) 474-8585

ATTORNEYS FOR: PLAINTIFF NATALIE PAPPAS

FILED
2011 OCT -5 PM 12:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY FAX

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated, Plaintiff(s), v. NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10, inclusive, Defendant(s) | CASE NUMBER: CV11-8276 mmm (JEmx) CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   PLAINTIFF NATALIE PAPPAS
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Natalie Pappas, an individual | Plaintiff |
| Naked Juice Co. of Glendora, Inc., a California Corporation | Defendant |
| PepsiCo, Inc., a New York Corporation | Defendant |

October 5, 2011
Date

_Robert Ahdoot_ BK
Sign

Robert Ahdoot, Attorney for Plaintiff
Attorney of record for or party appearing in pro per