1 | GIBSON, DUNN & CRUTCHER LLP
Daniel W. Nelson (*Pro Hac Vice* app. forthcoming)
2 | DNelson@gibsondunn.com
1050 Connecticut Avenue, N.W.
3 | Washington, D.C. 20036
Telephone: 202-955-8500
4 | Fax: 202-530-4238

5 | Christopher Chorba (SBN 216692)
CChorba@gibsondunn.com
6 | Dhananjay S. Manthripragada (SBN 254433)
DManthripragada@gibsondunn.com
7 | 333 South Grand Avenue
Los Angeles, CA 90071-3197
8 | Telephone: 213-229-7000
Fax: 213-229-7520

9 |

10 | Attorneys for Defendants Naked Juice Co. of
Glendora, Inc. and PepsiCo, Inc.

11 |

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | WESTERN DIVISION

15 |

16 | NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated,

CASE NO. CV 11-08276 PSG (JEMx)

17 |

**DEFENDANTS' CERTIFICATION AS TO INTERESTED PARTIES (Fed. R. Civ. P. 7; L.R. 7.1-1)**

18 | Plaintiff,

19 | v.

20 | NAKED JUICE CO. OF GLENDORA, INC., a California Corporation; PEPSICO, INC., a New York Corporation; and DOES 1-10, inclusive,

Action Filed: October 5, 2011

21 |

22 |

23 | Defendants.

24 |

25 |

26 |

27 |

28 |

Gibson, Dunn & Crutcher LLP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.1-1, the undersigned, counsel of record for Defendants Naked Juice Co. of Glendora, Inc. and PepsiCo, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiff Natalie Pappas (and possibly her counsel).
- Defendant Naked Juice Co. of Glendora, Inc., a wholly owned subsidiary of Naked Juice Co. Holding, Inc., which is a wholly owned subsidiary of Defendant PepsiCo, Inc.
- Defendant PepsiCo, Inc., a publicly traded company.
- No parent corporation, publicly held corporation, or other person or entity owns 10% or more of the stock of PepsiCo, Inc., or has a pecuniary interest in the outcome of the case.

Defendants make these disclosures on behalf of themselves and no other party.

DATED:  October 21, 2011          GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
       Dhananjay S. Manthripragada

Attorneys for Defendants Naked Juice Co. of Glendora, Inc. and PepsiCo, Inc.

Gibson, Dunn &
Crutcher LLP