TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

*Attorneys for Plaintiff, Natalie Pappas*

CHRISTOPHER RIDOUT, SBN 143931
c.ridout@ridoutlyonlaw.com
DEVON LYON, SBN 218293
d.lyon@ridoutlyonlaw.com
**RIDOUT & LYON, LLP**
555 E. Ocean Blvd., Ste. 500
Long Beach, California 90802
Tel: 562-216-7380; Fax: 562-216-7385

*Attorneys for Plaintiff, Christopher Evans*

ROSEMARY RIVAS, SBN 209147
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel: 415-398-8700; Fax: 415-398-8704

*Attorneys for Plaintiff, Russell Marchewka*

*Proposed Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS,<br><br>Plaintiff,<br><br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., *et al.*<br><br>Defendants. | CASE NO. LA CV-11-08276 JAK (PLAx)<br><br>**DECLARATION OF TINA WOLFSON IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR AN ORDER (1) CONSOLIDATING CASES, AND (2) APPOINTING INTERIM CO-LEAD CLASS COUNSEL**<br><br>Date: November 29, 2011<br>Time: 8:30 a.m.<br>Courtroom: 750 (7th Floor)<br><br>The Honorable John A. Kronstadt<br>Action Filed: October 5, 2011 |

| | | |
|---|---|---|
| 1 | *This document also relates to the following related action:* | |
| 2 | SARA SANDYS, | CASE NO. LA CV11-08007-JAK (PLAx) |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | | The Honorable John A. Kronstadt |
| 6 | | Action Filed: September 27, 2011 |
| 7 | NAKED JUICE COMPANY [sic], *et al.* | |
| 8 | Defendants. | |
| 9 | *This document also relates to the following related action:* | |
| 10 | RUSSELL MARCHEWKA, | CASE NO. SA CV-11-01701 DOC (RNPx) |
| 11 | | |
| 12 | Plaintiff, | The Honorable David Carter |
| 13 | v. | Action Filed: November 7, 2011 |
| 14 | NAKED JUICE CO. OF GLENDORA, INC., *et al.* | |
| 15 | | |
| 16 | Defendants. | |
| 17 | *This document also relates to the following related action:* | CASE NO. LA CV-11-9412-GW (PJWx) |
| 18 | CHRISTOPHER EVANS, | |
| 19 | | |
| 20 | Plaintiff, v. | The Honorable George Wu Action Filed: November 7, 2011 |
| 21 | NAKED JUICE CO. OF GLENDORA, INC., *et al.* | |
| 22 | | |
| 23 | Defendants. | |

2

DECL. OF T. WOLFSON ISO JOINT MTN. FOR CONSOLIDATION & INTRM. CO-LEAD CLASS COUNSEL
CASE NO. LA CV-11-08276 JAK (PLAx)

## DECLARATION OF TINA WOLFSON

I, Tina Wolfson, declare as follows:

1. I am an attorney duly licensed to practice in all courts in the State of California and the District of Columbia. I am a founding member of the law firm of Ahdoot & Wolfson, P.C. I submit this declaration in support of my firm's appointment as Interim Class Counsel in the above-captioned case. The matters stated herein are true of my own knowledge or, where indicated, I am informed and believe that they are true. If called upon as a witness, I could and would competently testify to these facts.

2. I graduated Harvard Law School *cum laude* in 1994 and began my civil litigation career at the Los Angeles office of Morrison & Foerster, LLP, where I defended major corporations in complex actions and represented indigent individuals in immigration and deportation trials as part of the firm's *pro bono* practice. I then gained further invaluable litigation and trial experience at the firm of Schonbrun & DeSimone, which specialized in representing plaintiffs on contingency basis in civil rights and employee rights cases.

3. My partner Robert Ahdoot graduated from Pepperdine Law School *cum laude* in 1994 where he served as literary editor of the Pepperdine Law Review. Mr. Ahdoot clerked for the Honorable Paul Flynn at the California Court of Appeals, and then began his career as a civil litigator at the Los Angeles office of Mendes & Mount, LLP, where he defended large corporations and syndicates such as Lloyds of London in complex environmental and construction-related litigation as well as a variety of other matters.

4. Theodore Maya graduated from UCLA Law School in 2002 after serving as Editor-in-Chief of the *UCLA Law Review*. From July 2003 to August 2004, Mr. Maya served as Law Clerk to the Honorable Gary Allen Feess in the United States District Court, Central District of California. Mr. Maya was also a litigation associate in the Los Angeles offices of Kaye Scholer LLP for approximately eight years where

he worked on a large variety of complex commercial litigations from inception to trial. Mr. Maya was named "Advocate of the Year" for 2007 by the Consumer Law Project of Public Counsel for successful *pro bono* representation of a victim of a large-scale equity fraud ring.

5. Bradley King graduated from Pepperdine University School of Law, where he served as Associate Editor of the *Pepperdine Law Review*. He worked as a law clerk for the California Office of the Attorney General, Correctional Law Section in Los Angeles and was a certified law clerk for the Ventura County District Attorney's Office. Mr. King began his legal career at a boutique civil rights law firm, gaining litigation experience in a wide variety of practice areas, including employment law, police misconduct, municipal contract, criminal defense, and premises liability cases. At AW, Mr. King focuses on consumer and employment class actions.

6. In March 1998, Robert Ahdoot and I founded the firm of Ahdoot & Wolfson, APC (hereafter "A&W"). A&W is a top tier law firm specializing in advocating consumer and employee rights. We vigorously litigate against large corporations to vindicate the rights of millions of consumers or employees in protracted, complex litigation, to successful results.

7. A&W has been appointed class counsel in numerous class actions, and, as founding members, Mr. Ahdoot and I have obtained extensive experience in prosecuting complex class action and representative lawsuits. We have served as plaintiffs' counsel / co-counsel or class counsel and litigated numerous class actions or representative actions against large corporate defendants involving varied consumer rights claims. The following examples of such actions have all been successfully resolved, conferring millions of dollars worth of benefits to the class or the general public and/or charity beneficiaries, as well as injunctive relief:

- *Zadeh v. Chase Manhattan Bank, et al*. (San Francisco Superior Court ("SFSC") Case No. 323715).

- *Steinhaus v. American Express Travel Related Services Co. et al.* (SFSC Case No. 416248.
- *Bernard v. MBNA America Bank, et al.* (SFSC Case No. 408700).
- *Shakib v. Discover Bank, et al.* (SFSC Case No. 416194).
- *Baumsteiger v. FleetBoston, et al.* (SFSC Case No. 408698).
- *Lanchester v. Washington Mutual Bank, et al.* (SFSC Case No. 429754).
- *Mirto v. AIG/Granite State Insurance Co. et al.* (Alameda County Superior Court Case Case No. HG 04180408).
- *Axen v. Ginco International, et al.* (SFSC Case No. 427033).
- *Citizens for Responsible Business v. Rite Aid Corporation, et al.* (SFSC Case No. 414831).
- *Cassidy v. Reebok*, United States District Court ("USDC"), California Central District, Case No. 2:10-cv-09966-AHM.
- *Carey v. New Balance,* Mass. Dist. Case No. 1:11-cv-10632-LTS & Case No. 1:11-cv-10001-LTS.

8. Both the *Carey* and *Cassidy* cases alleged claims resulting from false advertising of consumer goods pursuant to California Law. *Cassidy v. Reebok* resulted in a nationwide settlement filed weeks after our firm filed its Motion for Class Certification. A&W has been named interim class counsel in *Carey v. New Balance*.

9. In *Citizens for Responsible Business v. Rite Aid Corporation, et al.* (SFSC Case No. 414831), A&W prosecuted claims of false and illegal labeling in the herbal supplement industry against 107 retailers and manufacturers, including the Rite Aid Corporation, Wal-Mart Stores, Safeway, The Vons Companies, General Nutrition Corporation, Trader Joe's Company, Wild Oats Markets, Ralphs Grocery Company, The Kroger Company, Sav-On Drugs Stores, Albertson's, Walgreen Company, Stater Bros. Markets, Longs Drug Stores, Bally's Total Fitness Corporation, Whole Foods Market, and Target Corporation, who were gleaning millions of dollars from this

nationwide practice.  A&W was successful in completely eradicating the alleged illegal practice in the United States.

10.     In prosecuting the above actions, A&W litigated against some of the largest corporate defendants in the nation, represented by renowned law firms, such as Stroock & Stroock, Kirkland & Ellis, Morrison & Foerester, Bingham McCutchen, Latham & Watkins, O'Melveny & Myers, Sidley Austin, and so on.

11.     Recently, A&W became a member of the Executive Committee in the consolidated actions entitled *Whitaker v. Health Net*, Case No. 2:11-cv-00910-KJM, pending in the Eastern District of California, in which plaintiffs allege violations of California law, including the Unfair Competition Law, with regard to a data breach involving Health Net and IBM.

12.     A&W has also prosecuted claims against the auto industry on behalf of a representative plaintiff and the general public for alleged violations of California Business & Professions Code §17200 *et seq*. (California's unfair / unlawful business practice law) and the California's Safe Drinking Water & Toxic Enforcement Act of 1986 (known as "Proposition 65").  These matters, involving approximately 1600 separate auto dealerships in California, and almost every car manufacturer, resulted in the California automotive industry commencing and instituting a program of warning and educating the public regarding the hazardous effects of automobile emissions and other automobile-related exposures.  In recognition of these efforts, which included complex scientific analysis and accumulation of vast data, the California Attorney General took the unprecedented step of publishing a letter in support of the firm's and our client's efforts to combat pollution and related carcinogens emitted by automobiles.  In that letter, the Attorney General noted the "extensive compilation of information," that the "recipients of ... [the] notices ... appear[ed] to be in violation of the Act", and that a "prima facie case" could be stated.  A true and correct copy of the letter can be found posted on the A&W website at http://ahdootwolfson.com/wp-

content/uploads/2011/09/AutoDealer.pdf (last visited November 21, 2011).

13. As founding members of A&W, Robert Ahdoot and I have also prosecuted actions for violations of wage and hour laws and other employee rights, in the form of class actions and/or representative lawsuits on behalf of wronged employees and/or the general public. Among them are the following actions:

- *Nazlou v. Answer Financial, Inc.* (LASC Case No. BC323752).
- *Inganni v. Artists Group* (LASC Case No. BC328470).
- *Jones v. Morris* (LASC Case No. BC195527).
- *Citizens for Responsible Business v. Ming International, Inc.* (LASC Case No. BC275555).
- *Gitterman v. Def Jam Records* (LASC Case No. BC 222816).
- *Atwood v. Richardson Inc.* (U.S. Dist. Court Case No. CV 00-01778 GHK (Mcx).
- *Bertoli v. Katy Castings, Inc.* (LASC Case No. BC 214324).

All of the above actions have also been successfully resolved.

14. This summary firm resume establishes that A&W has the required experience and expertise in class actions and other complex litigation in general, and in consumer rights class actions and complex litigation in particular. Moreover, A&W has the necessary resources to prosecute this class action, will have up to four attorneys dedicated to litigating this matter, and is ready, willing, and able to zealously represent the putative class.

15. A&W has expended significant time, effort and resources in prosecuting this alleged class action. As part of its factual investigation, A&W analyzed the non-natural and non-juice ingredients in Naked Juice (*i.e.* including substances listed under 7 CFR 205.605(b) such as ascorbic acid and lecithin), their chemical composition, the processes by which they are manufactured, how these processes result in a classification of the subject substances as "synthetic" ingredients. We also

investigated the representations made on the various Naked Juice product labels from publicly available sources, such as the products themselves and the Defendant's website. This included a thorough investigation of variety of Naked Juice products available in the marketplace to develop an understanding of the products and their impact on class members. A&W researched published scientific papers and books, papers by advocacy groups, chemistry reference material, and relevant government websites. A&W attorneys also consulted with experts regarding the various scientific issues that are relevant to this case. Finally, A&W attorneys legally analyzed the claims and causes of action alleged in the respective complaints and reviewed relevant Food and Drug Administration and Department of Agriculture regulations and related case law.

 I declare under the penalty of perjury on the 21st day of November, 2011, that the foregoing is true and correct.

/s/Tina Wolfson___
Tina Wolfson

---

8
**DECL. OF T. WOLFSON ISO JOINT MTN. FOR CONSOLIDATION & INTRM. CO-LEAD CLASS COUNSEL**
**CASE NO. LA CV-11-08276 JAK (PLAx)**