1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| NATALIE PAPPAS,<br><br>              Plaintiff,<br><br>   vs.<br><br>NAKED JUICE CO. OF GLENDORA, INC., et al.,<br><br>              Defendants. | Case No. LA CV-11-08726 JAK (PLAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CLASS ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL IN RELATED CASES** |

Having considered Plaintiffs' Motion to Consolidate Related Actions[1] and Appoint Interim Co-Lead Class Counsel, the parties' papers, the facts, and the law, the Court determines that consolidation and appointment of interim co-lead counsel will promote fairness and judicial efficiency and avoid unnecessary cost and delay. After giving due consideration to the competing factors, the Court exercises its discretion and **GRANTS** Plaintiffs' Motion to Consolidate Related Actions and Appoints Interim Co-Lead Class Counsel in the Related Actions.

Accordingly, **IT IS ORDERED THAT**:

## CONSOLIDATION

(1) The above-entitled action and the following three related actions are hereby consolidated for all purposes, including discovery, pretrial proceedings, and trial, pursuant to Federal Rule of Civil Procedure 42(a): *Sandys v. Naked Juice Company* [sic]*, et al.*, No. LA CV-11-08007-JAK-PLAx; *Marchewka v. Naked Juice Co. of Glendora, Inc., et al.*, No. LA CV-11-01701-JAK-PLAx; and *Evans v. Naked Juice Co. of Glendora, Inc., et al.*, No. LA CV-11-09412-GW-PJWx;

(2) The consolidation action shall be captioned *In re Naked Juice Products Litigation*, Case No. LA CV-11-08276-JAK-PLAx, the files of this action shall be maintained in one file, namely Case No. LA CV-11-08276-JAK-PLAx, and this docket shall constitute the master docket for the consolidated action;

## OTHER RELATED ACTIONS

(3) Any other related actions now pending or subsequently filed in, or transferred to, this District pursuant to the Court's Local Rules and General Orders

---

[1] This Action, *Pappas v. Naked Juice Co. of Glendora, Inc. et al.*, No. LA CV-11-08726 JAK (PLAx), along with *Sandys v. Naked Juice Company* [sic]*, et al.*, No. LA CV-11-08007-JAK-PLAx; *Marchewka v. Naked Juice Co. of Glendora, Inc., et al.*, No. LA CV-11-01701-JAK-PLAx; and *Evans v. Naked Juice Co. of Glendora, Inc., et al.*, No. LA CV-11-09412-GW-PJWx shall collectively be referred to herein as the "Related Actions."

1 shall be consolidated into this action for all purposes;

2     (4) Whenever a case that should be consolidated into this action is filed in, or transferred to, this District, the Defendants are directed to file a notice of related cases pursuant to Local Civil Rule 83-1.3 in the master docket, Case No. LA CV-11-08276-JAK-PLAx, as well as in the docket of the new related case;

    (5) Promptly thereafter, the Clerk shall file this Order in the docket of the new related case, which will consolidate the new related case into the consolidated action created above, *In re Naked Juice Products Litigation*, Case No. 2:11-cv-08276-JAK-PLAx.

## APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

    (6) Pursuant to Federal Rule of Civil Procedure 23(g), the following law firms shall serve as Plaintiffs' Interim Co-Lead Class Counsel for the Plaintiffs and the proposed classes:

Robert Ahdoot, Esq.
Tina Wolfson, Esq.
**AHDOOT & WOLFSON, P.C.**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Christopher P. Ridout, Esq.
**RIDOUT & LYON LLP**
555 East Ocean Boulevard, Suite 500
Long Beach, California 90802
Telephone: (562) 216-7380
Facsimile: (562) 216-7385

Rosemary M. Rivas, Esq.
**FINKELSTEIN THOMPSON LLP**
100 Bush Street, Suite 1450
San Francisco, California 94104
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

    (7) Plaintiffs' Interim Co-Lead Class Counsel shall have overall case management and litigation responsibility and shall assume and exercise the following powers and responsibilities in the most efficient manner that benefits the proposed

class:

    (a) To make all work assignments on behalf of Plaintiffs in such a manner as to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

    (b) To supervise and monitor the activities of Plaintiffs' counsel and to implement procedures to ensure that unnecessary expenditures of time and funds by counsel are avoided;

    (c) To determine and present in pleadings, motions, briefs, oral argument or such other fashion as may be appropriate to the Court and opposing parties, the position of the Plaintiffs as to all matters arising during all pretrial and trial proceedings;

    (d) To conduct or coordinate discovery on behalf of Plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure;

    (e) To enter into stipulations with opposing counsel for the conduct of the litigation;

    (f) To sign all papers filed or submitted on behalf of Plaintiffs;

    (g) To conduct all pre-trial, trial and post-trial proceedings on behalf of Plaintiffs;

    (h) To employ and consult with experts;

    (i) To call and chair regular meetings of Plaintiffs' counsel;

    (j) To conduct settlement negotiations with Defendant on behalf of Plaintiffs and to add such additional counsel as Plaintiffs' Interim Co-Lead Class Counsel may select;

    (k) To otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as the Plaintiffs' Interim Co-Lead Class Counsel deem necessary or as authorized by further order of the Court;

    (l) To recommend apportionment and allocation of fees and expenses subject to Court approval; and

(m) To have authority over all other matters concerning the prosecution or resolution of the above-referenced Related Cases;

(8) Plaintiffs' Interim Co-Lead Class Counsel shall affect service on Plaintiffs by serving a copy on all other parties' counsel by electronic mail, overnight mail, facsimile or hand delivery. The Court's Master Service List shall govern in all proceedings;

(9) Plaintiffs' Interim Co-Lead Class Counsel shall be the contact between Plaintiffs' counsel and Defendant's counsel as well as the spokesperson for Plaintiffs' counsel and shall direct and coordinate the activities of Plaintiffs' counsel and shall also be responsible for communicating with the Court. Plaintiffs' Interim Co-Lead Class Counsel are designated as the contact persons from Plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of this litigation. Plaintiffs' Interim Co-Lead Class Counsel shall be responsible for receiving and, as appropriate, distributing to other counsel Orders from the Court and documents from opposing counsel, and otherwise facilitating and expediting communications to the Court. Service by the Defendant on Plaintiffs of any papers shall be deemed to be complete for all purposes when a copy is served on the Co-Lead Counsel;

(11) The appointment of Plaintiffs' Interim Co-Lead Class Counsel shall not constitute a waiver by any party of any claims in or defenses to any of the actions; and

## MASTER CONSOLIDATED COMPLAINT

(12) Plaintiffs' Interim Co-Lead Class Counsel shall jointly file within 30 days of the date of this order, a master consolidated complaint, which will serve as the operative complaint for the consolidated action.

**IT IS SO ORDERED.**

Dated: _____       _____
                               The Hon. John A. Kronstadt
                               UNITED STATES DISTRICT JUDGE