TINA WOLFSON, SBN 174806
twolfson@ahdootwolfson.com
ROBERT AHDOOT, SBN 172098
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Tel: 310-474-9111; Fax: 310-474-8585

*Attorneys for Plaintiff, Natalie Pappas*

| | |
|---|---|
| CHRISTOPHER RIDOUT, SBN 143931<br>c.ridout@ridoutlyonlaw.com<br>DEVON LYON, SBN 218293<br>d.lyon@ridoutlyonlaw.com<br>**RIDOUT & LYON, LLP**<br>555 E. Ocean Blvd., Ste. 500<br>Long Beach, California 90802<br>Tel: 562-216-7380; Fax: 562-216-7385<br><br>*Attorneys for Plaintiff, Christopher Evans* | ROSEMARY RIVAS, SBN 209147<br>rrivas@finkelsteinthompson.com<br>trezvani@finkelsteinthompson.com<br>**FINKELSTEIN THOMPSON LLP**<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94104<br>Tel: 415-398-8700; Fax: 415-398-8704<br><br>*Attorneys for Plaintiff, Russell Marchewa* |

*Proposed Interim Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS,<br><br>           Plaintiff,<br><br>    v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., *et al.*<br><br>           Defendants. | CASE NO. LA CV-11-08276 JAK (PLAx)<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>**PLAINTIFFS' JOINT MOTION FOR AN ORDER (1) CONSOLIDATING, CASES AND (2) APPOINTING INTERIM CLASS COUNSEL** |

---

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| *This document also relates to the following related action:*<br><br>SARA SANDYS,<br><br>       Plaintiff,<br><br>   v.<br><br><br>NAKED JUICE COMPANY [sic], *et al.*<br><br>       Defendants. | CASE NO. LA CV11-08007-JAK (PLAx) |
| *This document also relates to the following related action:*<br><br>RUSSELL MARCHEWA,<br><br>       Plaintiff,<br><br>   v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., *et al.*<br><br>       Defendants. | CASE NO. SA CV-11-01701 DOC (RNPx) |
| *This document also relates to the following related action:*<br><br>CHRISTOPHER EVANS,<br><br>       Plaintiff,<br><br>   v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., *et al.*<br><br>       Defendants. | CASE NO. LA CV-11-9412-GW (PJWx) |

**CERTIFICATE OF SERVICE**

I, Robert R. Ahdoot, certify as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to this action. My business address is 10850 Wilshire Boulevard, Suite 370, Los Angeles, California 90024-4642, in said County and State. I certify that on the date indicated below, I electronically transmitted to the Clerk and to each of the persons names below, who are registered as CM/ECF Users and have consented to electronic service, the following documents using the CM/ECF System:

1. NOTICE OF JOINT MOTION AND MOTION FOR AN ORDER (1) CONSOLIDATING CASES, AND (2) APPOINTING INTERIM CO-LEAD CLASS COUNSEL; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES.

2. DECLARATION OF TINA WOLFSON, CHRISTOPHER P. RIDOUT, AND ROSEMARY M. RIVAS IN SUPPORT THEREOF

3. [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CLASS ACTION AND APPOINT INTERIM CO-LEAD CLASS COUNSEL IN RELATED CASES.

Attorneys for Plaintiff Sandys

| YVETTE GOLAN<br>THE GOLAN LAW FIRM<br>1919 Decatur Street<br>Houston, Texas 77007<br>Tel.: (866) 298-4150<br>Fax.: (928) 441-8250<br>ygolan@tgfirm.com | CHRISTOPHER L. GADOURY<br>BERG & ANDROPHY<br>3704 Travis<br>Houston, Texas 77002-9550<br>Tel.: (713) 529-5622<br>Fax.: (713) 529-3785<br>CGadoury@bafirm.com | SHIRISH BUPTA<br>FLASHPOINT LAW, INC.<br>18662 MacArthur Boulevard<br>2nd Floor<br>Irvine, California 92612<br>Tel.:(650) 539-4019<br>Fax.: (866) 936-1530<br>sgupta@flashpointlaw.com |

Attorneys for Plaintiff Marchewka

| ROSEMARY M. RIVAS<br>DANIELLE A. STOUMBOS<br>FINKELSTEIN THOMPSON, LLP<br>100 Bush Street, Suite 1450<br>San Francisco, California 94104<br>Tel.: (415) 398-8700<br>Fax.: (415) 398-8704<br>rrivas@finkelsteinthomson.com<br>dstoumbos@finkelsteinthomson.com | TRACY D. REZVANI<br>ROBERT O. WILSON<br>FINKELSTEIN THOMSON LLP<br>1070 30th Street NW, Suite 150<br>Washington, DC 20007<br>Tel.: (202) 337-8000<br>Fax.: (202) 337-8090<br>trezvani@finkelsteinthomson.com<br>rwilson@finkelsteinthomson.com |

**CERTIFICATE OF SERVICE**

<u>Attorneys for Plaintiff Evans</u>

| CHRISTOPHER P. RIDOUT |
| :---: |
| DEVON M. LYON |
| CALEB MARKER |
| RIDOUT & LYON, LLP |
| 555 E. Ocean Blvd., Suite 500 |
| Long Beach, California 90802 |
| Tel.: (562) 216-7380 |
| Fax.: (562) 216-7385 |
| c.ridout@ridoutlyonlaw.com |
| d.lyon@ridoutlyonlaw.com |
| c.marker@ridoutlyonlaw.com |

<u>Attorneys for Defendants</u>

| DANIEL W. NELSON | CHRISTOPHER CHORBA |
| --- | --- |
| GIBSON, DUNN & CRUTCHER LLP | DHANANJAY S. MANTHRIPRAGADA |
| 1050 Connecticut Avenue, N.W. | GIBSON, DUNN & CRUTCHER LLP |
| Washington, D.C. 20036 | 333 South Grand Avenue |
| Tel.: (202) 955-8500 | Los Angeles, California 90071-3197 |
| Fax.: (202) 530-4238 | Tel.: (213) 229-7000 |
| DNelson@gibsondunn.com | Fax.: (213) 229-7520 |
| | CChorba@gibsondunn.com |
| | DManthripragada@gibsondunn.com |

I further certify that on the date indicated below, I caused each such document to be transmitted by PDF format via electronic mail to the parties and electronic mail address named above, and that the transmission was reported complete and without error. The foregoing document was printed on recycled paper.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED: November 21, 2011                            /s/
                                                                    Robert R. Ahdoot

**CERTIFICATE OF SERVICE**