**From:** Yvette Golan <ygolan@tgfirm.com>
**Subject:** Re: Naked Juice LItigation
**Date:** January 19, 2012 2:01:16 PM CST
**To:** Robert Ahdoot <rahdoot@ahdootwolfson.com>
**Cc:** Berg David <dberg@bafirm.com>, Gadoury Chris <CGadoury@bafirm.com>, Gupta Shirish <sgupta@flashpointlaw.com>, Chris Ridout <c.ridout@RIDOUTLYONLAW.COM>, "Rosemary M. Rivas" <RRivas@finkelsteinthompson.com>, "Marc L. Godino" <mgodino@glancylaw.com>, Ted Maya <tmaya@ahdootwolfson.com>, Brad King <bking@ahdootwolfson.com>, Tina Wolfson <twolfson@ahdootwolfson.com>, "Danielle A. Stoumbos" <DStoumbos@finkelsteinthompson.com>, "Tracy D. Rezvani" <TRezvani@finkelsteinthompson.com>

---

Another firm has requested to join as lead counsel. Berg & Androphy will be withdrawing.
I'll send you the firm's name once that's finalized, but I thought I should keep you in the loop. I'm trying as best I can to avoid any delay or unfair surprise, but I know that this will cause a few of you some alarm.

With this change-up, I cannot say for certain what the leadership structure will look like, if there will be something like your Executive Committee, or who will be on it.

Please feel free to contact me directly if you want to discuss more,
Y

P.S.
I expect none of you will read anything into this, nor as reflecting on Berg & Androphy. They are first-rate lawyers -- even legendary -- and they will be missed.

---

**THE GOLAN FIRM**
A BETTER KIND OF LAW FIRM

**Yvette Golan**
Attorney
1919 Decatur St.
Houston, TX 77007
C 713 206 8250
F 928 441 8250
ygolan@tgfirm.com
www.tgfirm.com

This e-mail and any attachments may contain privileged, confidential or proprietary information. If you are not the intended recipient, any review, copying, or distribution of this e-mail or any attachment is strictly prohibited. If you have received this e-mail in error, please return it to the sender immediately, and permanently delete the original and any copies from your system.

On Jan 18, 2012, at 8:52 PM, Robert Ahdoot wrote:

> Yve,
>
> Specifically, what "changed circumstances" are you referring to? Thanks
>
> Robert
>
> On Jan 18, 2012, at 5:36 PM, "Yvette Golan" <ygolan@tgfirm.com> wrote:
>
>> Counsel,
>> Earlier today, and for reasons independent of the filings, there has been a change of circumstances that is relevant to any opposition you might file, per the Court's denial of your ex parte motion to intervene. Thus, as I'm sure you would anyhow, please be sure to comply with the local rules' meet-and-confer obligations.
>>
>> Thanks in advance,
>> Yve Golan
>>
>> Sent from my iPad
>>
>> On Jan 17, 2012, at 4:48 PM, Yvette Golan <ygolan@tgfirm.com> wrote:

Counsel,
Please find attached opposition to the ex parte motion in Sandys.

<Opposition to Pappas Ex PArte Mtn.pdf>
<Ex. 1.pdf>
<Ex. 2.pdf>
<Opposition to Pappas Ex PArte Mtn YGolan DEcl..pdf>
<Decl. Ex.A.pdf>
<Decl. Ex.B.pdf>

Please be aware that in Sandys, there being no ex parte motion on file in the docket, the opposition has been filed as:
NOTICE OF MOTION AND MOTION to Strike Opposition Filed in Related Case and Opposition to Ex Parte Motion to Intervene in Present Case filed by Plaintiff Sara Sandys. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2, # (3) Declaration Declaration of Yvette Golan, # (4) Exhibit A to YGolan Declaration, # (5) Exhibit B to YGolan Declaration)(Golan, Yvette)

**THE GOLAN FIRM**
A BETTER KIND OF LAW FIRM

**Yvette Golan**
Attorney
1919 Decatur St.
Houston, TX 77007
C  713 206 8250
F  928 441 8250
ygolan@tgfirm.com
www.tgfirm.com

This e-mail and any attachments may contain privileged, confidential or proprietary information. If you are not the intended recipient, any review, copying, or distribution of this e-mail or any attachment is strictly prohibited. If you have received this e-mail in error, please return it to the sender immediately, and permanently delete the original and any copies from your system.

On Jan 13, 2012, at 5:08 PM, Robert Ahdoot wrote:

Counsel,

As discussed, attached please find documents filed today in *Sandys* and *Pappas*. Thank you.

Robert.


Robert R. Ahdoot

**AHDOOT & WOLFSON, PC**
10850 Wilshire Boulevard, Suite 370
Los Angeles, California 90024
Phn:     (310) 474-9111
Fax:     (310) 474-8585
E-mail: rahdoot@ahdootwolfson.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.



IRS CIRCULAR 230: UNDER U.S. TREASURY REGULATIONS, WE ARE REQUIRED TO INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENT) IS NOT INTENDED TO BE USED, AND CANNOT BE USED, TO AVOID PENALTIES IMPOSED UNDER THE INTERNAL REVENUE CODE.

<Motion To Intervene (Ex Parte) in Sandys Action_1_13_12_FINAL[1].pdf><Proposed Order re Ex Parte Motion To Intervene_FINAL[1].pdf><Notice of Manual Filing Re Ex Parte[1].pdf><Pappas Opp to Sandys Lead Mot_1_13_12_FINAL[1].pdf><Notice of Manual Filing Re Opp[1].pdf>