**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 11-08276 JAK (PLAx) Lead Case<br>LA CV11-08007 JAK (PLAx)<br>SA CV 11-01701 JAK (PLAx)<br>LA CV 11-09412 JAK (PLAx)<br>LA CV 11-09677 JAK (PLAx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al.<br>Sara Sandys v. Naked Juice Company, et al.<br>Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al.<br>Christopher Evans v. Naked Juice Co. of Glendora Inc. et al.<br>Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Rosemary Rivas<br>Christopher Ridout<br>Marc Godino<br>Bradley King<br>Tina Wolfson<br>David A Searles<br>Stephen Gardner | Christopher Chorba<br>Andrew Tulumello |

**Proceedings:**   **CONTINUED HEARING ON DEFENDANTS' MOTION TO CONSOLIDE (11-08007, Dkt. 20), PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERIM LEAD CLASS COUNSEL (11-08007, Dkt. 23), PLAINTIFF'S MOTION TO STRIKE (11-08007, Dkt. 41)**

**SCHEDULING CONFERENCE (All Related Cases)**

**STATUS CONFERENCE RE DESIGNATION OF LEAD COUNSEL (All Related Cases)**

The continued hearing on the motions and scheduling conference and the status conference are held. On February 6, 2012, the Court gave its tentative views on the motion to consolidate, motion to appoint interim lead counsel, and motion to strike. The Court adheres to its tentative views and consolidates the matters with counsel for Natalie Pappas to be appointed as interim lead counsel. Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | LA CV 11-08276 JAK (PLAx) Lead Case<br>LA CV11-08007 JAK (PLAx)<br>SA CV 11-01701 JAK (PLAx)<br>LA CV 11-09412 JAK (PLAx)<br>LA CV 11-09677 JAK (PLAx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al.<br>Sara Sandys v. Naked Juice Company, et al.<br>Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al.<br>Christopher Evans v. Naked Juice Co. of Glendora Inc. et al.<br>Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

and Defendant address the Court.

The Court adheres to its tentative views and denies the motion to strike as it does not find there to be any prejudice.

The Court confers with counsel regarding the parties' joint report and sets the following deadlines:

| | |
|---|---|
| March 19, 2012: | Last day to file Consolidated First Amended Complaint<br>Last day to add parties |
| May 14, 2012 at 8:30 a.m.: | Hearing on motion to dismiss<br>Status Conference re Settlement<br>Status Conference re Cooperation of Counsel/Lead Counsel |
| January 14, 2013 at 8:30 a.m.: | Hearing on class certification motion |
| May 20, 2013: | Last day to hear motions |
| June 24, 2013 at 3:00 p.m.: | Final Pretrial Conference and Motions in Limine |
| July 9, 2013 at 9:00 a.m.: | Jury Trial (est. 10 days) |

Counsel shall confer and file a stipulation and proposed order regarding an agreed upon briefing schedule as to the motion to dismiss and motion for class certification, which shall include the reply to be filed two weeks prior to the hearing date. The stipulation shall also include agreed upon interim dates, e.g., percipient and expert discovery cut-off dates. If counsel are not able to agree on a particular date, each party shall propose a date with a short reason.

Counsel shall meet and confer regarding a settlement method. If they agree on a particular process in advance of the May 14, 2012 hearing, they shall file a stipulation and proposed order, which shall include a description of the type of mediation and the anticipated date of its completion.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 11-08276 JAK (PLAx) Lead Case<br>LA CV11-08007 JAK (PLAx)<br>SA CV 11-01701 JAK (PLAx)<br>LA CV 11-09412 JAK (PLAx)<br>LA CV 11-09677 JAK (PLAx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al.<br>Sara Sandys v. Naked Juice Company, et al.<br>Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al.<br>Christopher Evans v. Naked Juice Co. of Glendora Inc. et al.<br>Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

The Court sets a status conference for May 14, 2012 at 8:30 a.m. regarding the cooperation of counsel.

Counsel for all parties shall comply with this Court's standing orders with respect to documents to be prepared and filed in connection with the Final Pretrial Conference.

**IT IS SO ORDERED.**

|  | : | 11 |
|---|---|---|
| Initials of Preparer | ak | |