UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 11-08276 JAK (PLAx) Lead Case<br>LA CV11-08007 JAK (PLAx)<br>SA CV 11-01701 JAK (PLAx)<br>LA CV 11-09412 JAK (PLAx)<br>LA CV 11-09677 JAK (PLAx) | Date | March 12, 2012 |
|---|---|---|---|
| Title | Natalie Pappas v. Naked Juice Co. of Glendora Inc. et al.<br>Sara Sandys v. Naked Juice Company, et al.<br>Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al.<br>Christopher Evans v. Naked Juice Co. of Glendora Inc. et al.<br>Gina Park v. Naked Juice Co. of Glendora Inc. et al. | | |

Present: The Honorable   JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DESIGNATING LA CV11-08276 JAK (PLAx) AS LEAD CASE

On March 5, 2012, the Court consolidated the related cases and appointed lead counsel in case LA CV11-08276 JAK (PLAx), which is now designated as the "Lead Case." Counsel shall file all pleadings and documents in the Lead Case only. The following cases are closed because they have been consolidated with the Lead Case and, therefore, all deadlines and dates are vacated and no further pleadings and/or documents shall be filed:

    LA CV11-08007 JAK (PLAx): Sara Sandys v. Naked Juice Company, et al.
    SA CV11-01701 JAK (PLAx): Russell Marchewka v. Naked Juice Co. of Glendora Inc. et al.
    LA CV11-09412 JAK (PLAx): Christopher Evans v. Naked Juice Co. of Glendora Inc. et al.
    LA CV11-09677 JAK (PLAx): Gina Park v. Naked Juice Co. of Glendora Inc. et al.

**IT IS SO ORDERED.**

                                                                   :
Initials of Preparer    ak