NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATALIE PAPPAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. LA CV 11-08276-JAK (PLAx), Lead Case (Consolidated with LA CV 11-08007; SA CV 11-01701; LA CV 11-09412; LA CV 11-09677)<br><br>**ORDER VACATING CASE MANAGEMENT DEADLINES AND SETTING ORDER TO SHOW CAUSE RE FILING OF NOTICE OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL**<br><br>Trial Date: September 24, 2013<br>Time: 9:00 a.m.<br>Place: Courtroom 750, 7th Floor<br><br>Hon. John A. Kronstadt, presiding<br><br>Amended Consolidated Class Action Complaint Filed: June 5, 2012 |

Gibson, Dunn &
Crutcher LLP

Good cause having been shown in the parties' Joint Request To Vacate Case Management Deadlines, the Court hereby **GRANTS** the parties' request and **ORDERS** that all case management and discovery deadlines (set by orders docketed at ECF Nos. 101, 103-104, 106, 108, 109) are vacated, including: Plaintiff Russell Marchewka's Motion to Dismiss Claims and Withdraw as Proposed Class Representative with Prejudice (Dkt. 107) scheduled for March 18, 2013, the May 20, 2013 hearing on the motion for summary judgment, June 16, 2013 hearing on the motion for class certification, July 22, 2013 Post Mediation Status Conference, September 9, 2013 Final Pretrial Conference, September 20, 2013 Exhibit Conference and September 24, 2013 Jury Trial.

The Court sets an Order to Show Cause Hearing for March 18, 2013 at 1:30 p.m. regarding the filing of a notice of settlement and motion for preliminary approval of class action settlement. If a notice of settlement is filed and the motion for preliminary approval of the class action settlement is filed and set for hearing by March 11, 2013, consistent with the Court's Motion Calendar, the Court will take the March 18, 2013 hearing off calendar. If they are not both filed, counsel shall file a joint report by March 11, 2013, regarding the status of the settlement, including the anticipated date of their filing. The joint report shall not disclose any substantive contents of any settlement communications between the parties. The Court will determine whether the March 18, 2013 hearing is necessary upon review of the joint report.

**SO ORDERED.**

DATED:  January 18, 2013

_____
The Honorable John A. Kronstadt
United States District Judge