OBJECTORS:

BRADLEY LEWIS HENRY
SARAH MARIE HENRY
234 E. Blair St.
W. Chicago, IL 60185
Tel: (502) 631-0348

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California Corporation,<br><br>Defendant. | Case No. LA CV 11-08276-JAK (PLAx)<br><br>Hearing Date: December 2, 2013<br>Time: 8:30 a.m.<br>Place: Courtroom 750, 7th Floor<br>Amended Consolidated Class Action<br>Complaint Filed: June 12, 2012 |

### NOTICE OF OBJECTION TO SETTLEMENT
### AND MOTION FOR ATTORNEY'S FEES

Now come class members Bradley Lewis Henry and Sarah Marie Henry ("Objectors"), and hereby adopt the arguments initially asserted in Plaintiff Sara Sandys' Opposition To Class Counsel's Motion For Preliminary Approval Of Class Action Settlement (DE 131) as their own objections to final class settlement and award of attorney's fees. Specifically, Objectors believe the Court should deny the pending motion for final approval of the settlement because it is not fair, adequate, and reasonable to the class for the following reasons:

1. The proposed award of fees and expenses is approximately 50% of the total potential relief to the class;

2. The proposed cy pres recipients are far from sufficiently related to the substance of this case;

3. The notice to the class is insufficient given the broad release proposed as to all class members.

Legal support for the foregoing grounds are set forth in Sandys' brief in opposition to Plaintiffs' motion for preliminary approval of the settlement. Objectors have standing to assert these objections because they purchased one or more of the qualifying products during the class period. Objectors have also retained legal counsel experienced in such matters who may apply for admission pro hac vice. In order to meet the deadline set by this Court reported in the Notice of Class Settlement, Objectors have elected to file a preliminary notice of objections to preserve their rights. Accordingly, Objectors reserve the right to supplement or amend their objections upon advice of counsel and/or as other objections are filed. Objectors do not presently plan to attend the fairness hearing scheduled for December 2, 2013.

## CONCLUSION

For the foregoing reasons, Objectors respectfully request that the Court:

(1) Reject the proposed settlement as presented;

(2) Refuse to enter final judgments dismissing class claims against the settling defendant with prejudice;

(3) Deny the motion for attorneys' fees as presented;

(4) Order an amended notice of proposed settlement.

Respectfully Submitted,

_____  _____
BRADLEY LEWIS HENRY         SARAH MARIE HENRY

_Nov. 9, 2013_              _Nov. 9, 2013_
Date                        Date

## Certificate of Service

The undersigned hereby certifies that the foregoing document was filed by mail via overnight express with the U.S. District Court for the Central District of California on November 9, 2013, at the following address:

U.S. Courthouse
Clerk's Office, Room G-8
312 North Spring Street
Los Angeles, California 90012

In compliance with the Court's Order regarding service of objections, we further certify that a true copy of the foregoing was served electronically to the following on the same date:

Upon Settlement Administrator at:

Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
info@nakedjuiceclass.com

Upon Class Counsel at:

Robert R. Ahdoot
AHDOOT & WOLFSON, PC
2355 Westwood Boulevard, Suite 337
Los Angeles, California 90064-2109
E-mail: info@ahdootwolfson.com

Christopher P. Ridout
RIDOUT, LYON + OTTOSON, LLP
555 East Ocean Boulevard, Suite 500
Long Beach, California 90802
E-mail: c.ridout@rlollp.com
Rosemary M. Rivas
FINKELSTEIN THOMPSON, LLP
505 Montgomery Street, Suite 300
San Francisco, California 94111
E-mail: RRivas@finkelsteinthompson.com

Upon Defense Counsel at:

Christopher Chorba
Dhananjay S. Manthripragada
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
E-mail: DManthripragada@gibsondunn.com

_____
BRADLEY LEWIS HENRY

_____
SARAH MARIE HENRY