Joshua R. Furman, Bar No. 225461
jrf@furmanlawyers.com
JOSHUA R. FURMAN LAW CORPORATION
15260 Ventura Boulevard, Suite 2250
Sherman Oaks, California  91403
Telephone:  (818) 646-4300
Facsimile:   (818) 646-4301

Jon M. Zimmerman, *Pro Hac Vice*
jon@seattletrafficattorneys.com
2825 Eastlake Avenue East, Suite 120
Seattle, Washington  98102
Telephone:  (206) 285-5060
Facsimile:   (206) 686-5076

*Attorneys for Objector,*
Joanne Rossignol

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS, on behalf of herself and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAKED JUICE COMPANY, a California corporation,<br><br>Defendant. | **CASE NO.  11-cv-8276-JAK (PLAx)**<br><br>**NOTICE OF APPEAL** |

1    TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2    COUNSEL:

3    PLEASE TAKE NOTICE that Objector Joanne Rossignol appeals to the
4    United States Court of Appeals for the Ninth Circuit from the following final
5    orders and judgment of the United States District Court for the Central District of
6    California: Order Re Plaintiff Sandys' Motion for Attorneys' Fees and
7    Reimbursement of Expenses, Class Counsels' Motion for Incentive Awards and
8    Award of Attorneys' Fees and Costs, Plaintiffs' Motion for Final Approval of
9    Class Action Settlement, Objections to Settlement, entered January 2, 2014
10   (attached hereto as Exhibit A).

11   Pursuant to Ninth Circuit Rule No. 3-2 and FRAP 12(b), Plaintiff-
12   Objector's Representation Statement is attached hereto as Exhibit B.

Dated:  January 6, 2014                JOSHUA R. FURMAN LAW CORP.
                                       LAW OFFICES OF JON M.
                                       ZIMMERMAN

                                       By:   /s/ Joshua R. Furman
                                             Joshua R. Furman
                                             Jon M. Zimmerman
                                             *Attorneys for Objector,*
                                             *Joanne Rossignol*