Joseph Darrell Palmer (SBN 125147)
Email:  darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objector Dawn Weaver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE PAPPAS, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC.,<br><br>Defendants. | Case No. 11-cv-08276-JAK (PLAx)<br><br>**NOTICE OF APPEAL**<br><br><br>Judge:  Hon. John A. Kronstadt |

   Notice is hereby given that Dawn Weaver, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment [Docket No. 188] entered in this action on January 22, 2014.

LAW OFFICES OF DARRELL PALMER PC

Dated:  February 21, 2014      By: /s/ Joseph Darrell Palmer_____
                  Joseph Darrell Palmer
                  Attorney for Objector Dawn Weaver

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Central District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered USDC CM/ECF users that service will be accomplished by the USDC CM/ECF system.

/s/Joseph Darrell Palmer