Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
**AHDOOT & WOLFSON, P.C.**
1016 Palm Avenue
West Hollywood, California 90069
Tel: 310-474-9111; Fax: 310-474-8585

*Class Counsel*

Rosemary M. Rivas (SBN 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Tel: 415-398-8700; Fax:  415-398-8704

*Class Counsel*

Christopher Ridout (SBN 143931)
c.ridout@ridoutlyonlaw.com
**RIDOUT LYON + OTTOSON, LLP**
555 E. Ocean Blvd., Suite 500
Long Beach, California 90802
Tel: 562-216-7380; Fax: 562-216-7385

*Class Counsel*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NATALIE PAPPAS,<br><br>Plaintiff,<br><br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California corporation,<br><br>Defendant. | CASE NO. LA CV 11-08276-JAK (PLAx), Lead Case (Consolidated with LA CV 11-08007; SA CV 11-01701; LA CV 11-09412; LA CV 11-09677)<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR APPEAL BOND (ECF DKT. 206)**<br><br>Motion Filed: April 9, 2014<br><br>Initial Hearing Date:  May 12, 2014<br>Time:  8:30 AM<br>Place:  Courtroom 750, 7th Floor<br><br>Hon. John A. Kronstadt, presiding |

1

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR APPEAL BOND

1  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that Plaintiffs hereby withdraw their Motion for

3  Appeal Bond, which was filed on April 9, 2014 as Docket No. 206, and was scheduled

4  to be heard on May 12, 2014, at 8:30 AM.

5

6  DATED: April 21, 2014          Respectfully submitted,

7                                 /s/ Robert Ahdoot

8                                 **AHDOOT & WOLFSON, P.C.**
                                   Tina Wolfson, SBN 174806
9                                  Robert Ahdoot, SBN 172098
                                   1016 Palm Avenue
10                                 West Hollywood, California 90069

11
                                   *Class Counsel*
12

13                                 **FINKELSTEIN THOMPSON LLP**

14                                 /s/ Rosemary M. Rivas

15                                 FINKELSTEIN THOMPSON LLP
                                   Rosemary M. Rivas
16                                 505 Montgomery Street, Suite 300
                                   San Francisco, CA 94111
17

18                                 *Class Counsel*

19                                 /s/ Christopher Ridout

20                                 **RIDOUT, LYON + OTTOSSON, LLP**
                                   Christopher Ridout
                                   Devon Lyon
21                                 555 E. Ocean Blvd., Ste. 500
                                   Long Beach, California  90802
22                                 Phone: (562) 216-7380
                                   Fax: (562) 216-7385
23
                                   *Class Counsel*
24

25

26

27

28

**Attestation of Filer**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 21, 2014                    ___/s/ Robert Ahdoot___
                                          Robert Ahdoot

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION FOR APPEAL BOND