Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Dawn Weaver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NATALIE PAPPAS,<br>Plaintiff,<br><br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California corporation,<br>Defendant. | Case No. 11-CV-08276-JAK (PLAx)<br>Lead Case<br>(Consolidated with LA CV 11-08007; SA CV 11-01701; LA CV 11-09412; LA CV 11-09677)<br><br>**DECLARATION OF DAWN WEAVER IN SUPPORT OF OPPOSITION TO MOTION FOR BOND BY PLAINTIFFS**<br><br>Date: May 12, 2014<br>Time: 8:30 AM<br>Place: Courtroom 750, 7th Floor<br>Hon. John A. Kronstadt |

I, Dawn Weaver, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am unable to deposit more than $1,500.00 for an appeal bond.

1

3. My only asset is my 2002 S40 Volvo with more than 140,000 miles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2014

Dawn Weaver