Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Dawn Weaver

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NATALIE PAPPAS,<br>Plaintiff,<br>v.<br>NAKED JUICE CO. OF GLENDORA, INC., a California corporation,<br>Defendant. | Case No. 11-CV-08276-JAK (PLAx)<br>Lead Case<br>(Consolidated with LA CV 11-08007; SA CV 11-01701; LA CV 11-09412; LA CV 11-09677)<br><br>**DECLARATION OF JOSEPH DARRELL PALMER IN SUPPORT OF OPPOSITION TO MOTION FOR BOND BY PLAINTIFFS**<br><br>Date: May 12, 2014<br>Time: 8:30 AM<br>Place: Courtroom 750, 7th Floor<br>Hon. John A. Kronstadt |

I, Joseph Darrell Palmer declare:

1. I am the attorney of record for Objector Dawn Weaver.

2. A true and accurate copy of the Minute Order denying plaintiffs' motion for imposition of an appeal bond dated October 21, 2013, *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*.

1

8:10-ml-02151-JVW-FMO (Central Dist., Cal. Oct. 21, 2013), is lodged herewith and marked as Exhibit 1.

3. A true and accurate copy of the Memorandum Opinion and Order dated August 12, 2013, *In re: Navistar Diesel Engine Products Liability Litigation*, 11-cv-2496, MDL No. 2223, 2013 U.S. Dist. LEXIS 113111 (N.D. IL. Aug. 12, 2013) is lodged herewith and marked as Exhibit 2.

4. On April 21, 2014, I sent an email to class counsel, Robert Ahdoot offering to make a $1500 deposit as security for his costs on appeal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2014 at Encinitas, California.

By /s/ Joseph Darrell Palmer
Joseph Darrell Palmer, Declarant